

# CERTIFICATE of COMPLETION

This is to certify that

*Norelli, Anthony*

has successfully completed all requirements of the 500-hour

*Comprehensive Drug Abuse Treatment Program*

And Is Hereby Acknowledged With This Certificate of Completion For His Efforts Toward His Personal Growth On This 29th Day of October Two Thousand and Four.

_Frederick Davis_  
Frederick Davis, M.S.  
Drug Treatment Specialist

_David A. Thompson_  
David A. Thompson, Ph.D.  
Drug Abuse Program Coordinator

Exhibit A