# REQUEST FOR ADMINISTRATIVE REMEDY

**NORELLI, Anthony**
Reg. #74895-004

BP-229 #328448-F1

**DATE:** March 31, 2004

This is in response to your "Request for Administrative Remedy," **#328448-F1**, receipted in this office on <u>Tuesday, March 23, 2004</u>. You requested reconsideration after you were deemed ineligible for early release pursuant to 18 U.S.C. § 3621(e).

I have investigated your complaint and found you were deemed ineligible for early release due to a current conviction for 18 U.S.C. § 844, which is considered a Crime of Violence at all times under existing Categorization of Offenses policy (P.S. 5162.04, p.4). You are, therefore, ineligible for early release.

Based on the above information, your "Request for Administrative Remedy" has been denied. If you are dissatisfied with this response, you may appeal to the Regional Director, Southeast Regional Office, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia, 30331-6226, within twenty (20) calendar days from the date of this response.

Donald F. Bauknecht
Warden

*Exhibit E*