Exhibit G

Regional Administrative Remedy Appeal No: 328448-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted April 19, 2004. You state the Warden's response to your Request for Administrative Remedy failed to address all concerning the denial of your one year sentence reduction pursuant to 18 U.S.C. § 3621 (e). Therefore, you request reinstatement of your early release consideration.

Program Statement 5162.04, <u>Categorization of Offenses</u>, section six, paragraph a, lists 18 U.S.C. § 844 as a "Crime of Violence in all cases." The standard in the Bureau of Prisons has been to deny program benefits to anyone who meets the criteria of section six in the aforementioned program statement. Your offense, according to policy, precludes you from receiving the benefits of the early release program. The Attachment C you forwarded contained an explanation in the comments section as to why you were not eligible for early release.

Accordingly, your Regional Administrative Remedy Appeal is denied. If dissatisfied with this response, you may appeal to the Office of General Counsel, Bureau of Prisons, 320 First Street, N.W., Washington, D.C., 20534. Your appeal must be received in the Office of General Counsel within 30 calendar days of the date of this response.

_____5/5/04_____                      _____
Date                                  Regional Director, SERO

Exhibit G