*Exhibit I*

Administrative Remedy No. 328448-A2
Part B - Response

You appeal the Warden's response to your Request for Administrative Remedy in which you seek reconsideration for early release pursuant to Title 18, U.S.C. § 3621(e).

Title 18, U.S.C. § 3621(e) grants the Director of the Bureau of Prisons the discretion to grant a sentence reduction of up to one year upon the successful completion of a residential drug abuse treatment program (RDAP). The exercise of this discretion is outlined in Title 28, C.F.R. § 550.58 and Program Statement 5330.10, Drug Abuse Program Manual.

Your record reflects you are currently participating in RDAP. However, you were convicted of Title 18, U.S.C. § 844, Attempting to Destroy by Fire and Explosive Materials a Building used in Interstate and Foreign Commerce. Section 6 of Program Statement 5162.04, Categorization of Offenses, identifies your offense as a crime of violence in all cases and a crime which precludes you from receiving the early release benefit.

We find the decision that you are precluded from receiving a sentence reduction to be consistent with the above-referenced statute, regulation and Program Statements. Although you may have previously been advised you were eligible for early release benefits, you were also advised in writing the determination was provisional and subject to change. Finally, the Attachment C you submitted with your appeal also contained an explanation in the comments section why you were not eligible for release.

We find the decision that you are precluded from receiving a sentence reduction to be consistent with the above referenced statute, regulation, and program statements. Your appeal is denied.

September 22, 2004
Date

Harrell Watts, Administrator
National Inmate Appeals

*Exhibit I*