AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Anthony Norelli

v.

Scott A. Middlebrooks
Warden

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV1109-F

TO: (Name and address of Defendant)

Scott A. Middlebrooks
Federal Prison Camp, Maxwell AFB
Mobile Unit C-Wing
Montgomery, AL 36112

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony Norelli (pro se)
#74895-004
Federal Prison Camp, Maxwell AFB
Mobile Unit-C-Wing
Montgomery, AL 36112

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_  
CLERK

_V. Austin_  
(By) DEPUTY CLERK

DATE 12/6/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Anthony Norelli
v.
Scott A. Middlebrooks, Warden

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv1109-F

TO: (Name and address of Defendant)

Laura Garrett-Canary
One Court Square
P.O. Box 197
Mont., AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony Norelli
#74895-004
Federal Prison Camp, Maxwell AFB
Mobile Unit - C Wing
Mont., AL 36112

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    12/6/05
_____              _____
CLERK                                               DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Anthony Norelli

V.

Scott A. Middlebrooks, Warden

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv1109-F

TO: (Name and address of Defendant)

Alberto R. Gonzales
Atty General
Main Justice Bldg
10th + Const., DC 20530
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony Norelli
#74895-004
Federal Prison Camp, Maxwell AFB
Mobile Unit - C Wing
Mont., AL 36112

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE 12/6/05

(By) DEPUTY CLERK