**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Laura Garrett Canary
   One Court Square
   P.O. Box 197
   Mont. AL 36101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Nancy Cann*    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Nancy Cann
C. Date of Delivery: 12/8/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05 CV 1109-F
   St Petition + Pro Orde

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0005 4584 6026

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540