# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ANTHONY NORELLI, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
|    v. | )   CIVIL ACTION NO.: 2:05-cv-1109-F |
| | ) |
| SCOTT MIDDLEBROOKS, | ) |
| WARDEN | ) |
| | ) |
|    Respondent. | ) |

**MOTION FOR EXTENSION OF TIME**

Comes now the Respondent, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure and moves the Court for a 20-day extension of time within which to file an answer or other response in the above-styled case. In support of this motion, respondent shows unto the Court the following:

The current deadline for filing an answer or other response is December 28, 2005. Respondent has yet to receive the litigation report from Counsel for the Federal Bureau of Prisons, and said report is essential to the undersigned in the preparation of said answer or other response.

Therefore, Respondent respectfully requests a 10-day extension of time, to and including January 17, 2005 in which to prepare and file an answer or other response.

Respectfully submitted this 28th day of December, 2005.

                            LEURA G. CANARY
                            United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Anthony Norelli
    Reg No. 74895-004
    Federal Prison Camp Montgomery
    Mobile Unit - C Wing
    Maxwell Air Force Base
    Montgomery, AL 36112


                            s/R. Randolph Neeley
                            Assistant United States Attorney