IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY NORELLI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05-cv-1109-F |
| ) | |
| SCOTT MIDDLEBROOKS, ) | |
| WARDEN ) | |
| ) | |
| Respondent. ) | |

**DEFENDANT'S LIST OF EXHIBITS**

**Declaration of Terry Collins**

**Attachment 1** - Public Information Inmate Data form;

**Attachment 2 -** Judgment and Commitment order for Case no. 02-14014-CR;

**Attachment 3** - Notification of Instant Offense Determination;

**Attachment 4** - Change in Drug Abuse Treatment Program Status Memorandum, Attachment C, dated January 14, 2004;

**Attachment 5** - Change in Drug Abuse Status, dated October 7, 2004 & Request For Unit Team Determination (Instant Offense) dated November 22, 2004;

**Attachment 6** - PS 5162.04, section 6(a), pages 3-4.