UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Anthony Norelli, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 2:05-cv-1109-F |
| Scott Middlebrooks, Warden | ) |
| Respondent. | ) |

### Declaration of Terry A. Collins

I, the undersigned, Terry A. Collins, do hereby make the following unsworn declaration pertinent to the above-styled and numbered cause.

1.  I am employed by the Federal Bureau of Prisons (BOP) as a Senior Counsel Southeast Regional Office in Atlanta, Georgia.

2.  In relation to the above-captioned case, my duties as Senior Counsel include general case management and preparation, and assistance to the United States Attorney's Office.

3.  I certify that all enclosed documents as provided to the Assistant United States Attorney are true and accurate copies of the original documents held during the regular course of business by the Bureau of Prisons:

4.  I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Executed this 21st day of December, 2005.

*Terry A. Collins*
Terry A. Collins, Senior Counsel
Southeast Regional Office