# Attachment 1

```
     SERBG              *            PUBLIC INFORMATION              *      12-16-2005
     PAGE 001           *               INMATE DATA                  *      10:02:19
                                      AS OF 12-16-2005

     REGNO..: 74895-004 NAME: NORELLI, ANTHONY

                              RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                              PHONE..: 334-293-2100     FAX: 334-293-2326
                                                        RACE/SEX...: WHITE / MALE
     FBI NUMBER.: 350417DB5                             DOB/AGE....: 01-14-1967 / 38
     PROJ REL MT: GOOD CONDUCT TIME RELEASE             PAR ELIG DT: N/A
     PROJ REL DT: 08-18-2006                            PAR HEAR DT:
     ----------------------------- ADMIT/RELEASE HISTORY ----------------------------
     FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
     MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-01-2004 0950 CURRENT
     S39    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-01-2004 1050 10-01-2004 1050
     S39    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-01-2004 0722 10-01-2004 1050
     YAZ    TRANSFER   TRANSFER                      10-01-2004 0622 10-01-2004 0622
     YAZ    A-HLD      HOLDOVER, TEMPORARILY HOUSED  09-13-2004 1942 10-01-2004 0622
     S26    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-13-2004 2042 09-13-2004 2042
     S26    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-13-2004 1237 09-13-2004 2042
     EGL    TRANSFER   TRANSFER                      09-13-2004 1137 09-13-2004 1137
     EGL    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-16-2003 0912 09-13-2004 1137
     B16    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-16-2003 1012 09-16-2003 1012
     B16    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-16-2003 0539 09-16-2003 1012
     TAL    HLD REMOVE HOLDOVER REMOVED              09-16-2003 0539 09-16-2003 0539
     TAL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 09-15-2003 1434 09-16-2003 0539
     B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-15-2003 1434 09-15-2003 1434
     B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-15-2003 0118 09-15-2003 1434
     MIA    TRANSFER   TRANSFER                      09-15-2003 0118 09-15-2003 0118
     MIA    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-17-2002 1707 09-15-2003 0118
     6-I    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-17-2002 1707 12-17-2002 1707
     6-I    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-17-2002 1139 12-17-2002 1707
     MIM    HLD REMOVE HOLDOVER REMOVED              12-17-2002 1139 12-17-2002 1139
     MIM    A-HLD      HOLDOVER, TEMPORARILY HOUSED  11-27-2002 1047 12-17-2002 1139




     G0002        MORE PAGES TO FOLLOW . . .
```

```
   SERBG           *         PUBLIC INFORMATION           *      12-16-2005
   PAGE 002        *            INMATE DATA               *      10:02:19
                              AS OF 12-16-2005

REGNO..: 74895-004 NAME: NORELLI, ANTHONY

                  RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 334-293-2100    FAX: 334-293-2326
PRE-RELEASE PREPARATION DATE: 03-13-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 08-18-2006 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 02-14014-CR-GRAHAM
JUDGE...........................: GRAHAM
DATE SENTENCED/PROBATION IMPOSED: 11-04-2002
DATE COMMITTED..................: 12-17-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:    $400.00         $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $67,743.43

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 196
OFF/CHG: 26:7206(1) FALSE TAX RETURN

   SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:    36 MONTHS
   TERM OF SUPERVISION............:     3 YEARS
   CLASS OF OFFENSE...............: CLASS E FELONY
   RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: TO RUN CC WITH 020
   DATE OF OFFENSE................: 04-23-1996




G0002        MORE PAGES TO FOLLOW . . .
```

```
  SERBG           *           PUBLIC INFORMATION            *     12-16-2005
  PAGE 003        *               INMATE DATA               *     10:02:19
                               AS OF 12-16-2005

REGNO..: 74895-004 NAME: NORELLI, ANTHONY

                  RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 334-293-2100   FAX: 334-293-2326
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-17-2003 AT EGL AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-04-2002
TOTAL TERM IN EFFECT............:    36 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 04-23-1996

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      08-15-1996    08-15-1996
                                      04-11-2002    11-03-2002

TOTAL PRIOR CREDIT TIME.........: 208
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 141
TOTAL GCT EARNED................: 141
STATUTORY RELEASE DATE PROJECTED: 11-19-2004
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-09-2005


ACTUAL SATISFACTION DATE........: 11-19-2004
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MON
ACTUAL SATISFACTION KEYED BY....: QS*

DAYS REMAINING..................: 141
FINAL PUBLIC LAW DAYS...........: 0




G0002        MORE PAGES TO FOLLOW . . .
```

```
SERBG            *           PUBLIC INFORMATION              *     12-16-2005
PAGE 004         *              INMATE DATA                  *     10:02:19
                             AS OF 12-16-2005

REGNO..: 74895-004 NAME: NORELLI, ANTHONY

                 RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 03-13-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-18-2006 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 02-14014-CR-GRAHAM
JUDGE...........................: GRAHAM
DATE SENTENCED/PROBATION IMPOSED: 11-04-2002
DATE COMMITTED..................: 12-17-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES            COSTS
NON-COMMITTED.:  $400.00         $00.00           $00.00           $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $67,743.43

-------------------------CURRENT OBLIGATION NO: 020 ---------------------------
OFFENSE CODE....:   123
OFF/CHG: 18:844 ATTEMPTING TO DESTROY BY FIRE AND EXPLOSIVE MATERIALS
         A BUILDING USED IN INTERSTATE AND FOREIGN COMMERCE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 CLASS OF OFFENSE...............: CLASS C FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: TO RUN CC WITH 010
 DATE OF OFFENSE................: 06-08-2000




G0002       MORE PAGES TO FOLLOW . . .
```

```
  SERBG            *         PUBLIC INFORMATION          *     12-16-2005
PAGE 005 OF 005    *             INMATE DATA             *     10:02:19
                             AS OF 12-16-2005

REGNO..: 74895-004 NAME: NORELLI, ANTHONY

                RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                PHONE..: 334-293-2100    FAX: 334-293-2326
------------------------CURRENT COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 01-17-2003 AT MIA AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 010 020

DATE COMPUTATION BEGAN..........: 11-04-2002
TOTAL TERM IN EFFECT............:    60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 06-08-2000

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    04-11-2002   11-03-2002

TOTAL PRIOR CREDIT TIME.........: 207
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 235
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 08-18-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-10-2007


PROJECTED SATISFACTION DATE.....: 08-18-2006
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```