# Attachment 3

```
                                              PS 5330.10
                                              CN-03 October 09, 1997
                                              Attachment N, Page 1
```

(NOTIFICATION OF INSTANT OFFENSE DETERMINATION)

DATE: _Oct. 7, 03_

REPLY TO: David A. Reince Ph. D.     (DAPC's Name)

TO: _M. Burton_     (Unit Manager's Name)

SUBJECT: _Novelli, Anthony_ (Inmate's Name)
         _74895-004_ (Reg. No.)


**PART 1 — INSTANT OFFENSE DETERMINATION**

Instructions: Please mark an "X" in either response I or response II, and then go to Part 2 on the back.

_____    I. The inmate's instant offense is a crime that excludes him or her from early release under 18 U.S.C. § 3621(e). (If response I requires an "X", then also place an "X" in either item A or B).

_____         A. Crime of Violence as contained in the Categorization of Offenses Program Statement.

_____         B. Crime listed under the Director's Discretion as contained in the Categorization of Offenses Program Statement.

__X__    II. The inmate's instant offense is **not** a crime that excludes him or her from early release under 18 U.S.C. § 3621(e).


**SEE PART 2 ON BACK**

PS 5330.10
CN-03 October 09, 1997
Attachment N, Page 2

**PART 2. OTHER CRITERIA**

Instructions: (Please mark an "X" in front of each true statement).

    X    1. Inmate is not an INS Detainee.

    X    2. Inmate is not a Pretrial Inmate.

    X    3. Inmate is not a Contractual Boarder.

    X    4. Inmate is not an "old law" inmate.

Explanation or other pertinent Information (e.g. inmate is both old law and new law)
_At this time, inmate appears appropriate for placement in a CCC facility._

After Parts 1 and 2 are completed, sign and date the form, and return it to the DAPC as soon as possible.

Unit Manager (or designee) _A. Martin, Case Manager_
Date of Review _10-14-03_

original: Drug Abuse Treatment File
copy: Unit Team (place in section 4 of Inmate Central File)