# Attachment 4

P.S. 5330.10
May 25, 1995
Attachment C, Page 1

**CHANGE IN DRUG ABUSE TREATMENT PROGRAM STATUS MEMORANDUM**

UNITED STATES GOVERNMENT MEMORANDUM

DATE: 1/19/04

REPLY TO
ATTN OF: David A. Reince, Ph.D.
           Drug Abuse Treatment Coordinator

SUBJECT: CHANGE IN DRUG ABUSE TREATMENT PROGRAM STATUS

TO: Rudy Troutman, North and
       UNIT MANAGER    UNIT

TO: Pat Liotti        in cases of early release
       ISM             eligibility

Anthony Norelli, 74895-004
INMATE            REGISTER #

previously agreed to, or is required to participate in:

___ Drug Education
___ Non-Residential Drug Abuse Treatment
_✓_ Residential Drug Abuse Treatment
___ Transitional Services
___ Other:_____

Please note the following change in his/her program status:

___ He/she **declined/has withdrawn/was expelled/failed** (circle one) the program checked above. His/her participation in the program was voluntary.

___ He/she **declined/has withdrawn/was expelled/failed** (circle one) the program checked above. Program participation is mandatory for him/her. Please enforce the appropriate sanctions.

_✓_ He/she **declined/has withdrawn/was expelled/failed** (circle one) the program checked abuse. HE/SHE WAS ELIGIBLE FOR EARLY RELEASE CONSIDERATION. Please remove his/her § 3621E projected release date. See back

P.S. 5330.10
May 25, 1995
Attachment C, Page 2

I have discussed this issue with the inmate and I have made the appropriate SENTRY changes.

COMMENTS: (INCLUDE REASONS FOR EXPULSION OR FAILURE)

Inmate Norelli was found guilty of 18 USC 844, which is considered a Crime of Violence in all cases pursuant to PS 5162.04, Categorization of offenses, which precludes him from early release consideration under 18: 3621(e).

_____        _____1/15/04_____
Inmate Signature                        Date

original:   Unit Team
copies:     Inmate
            Drug Abuse Treatment Coordinator