Attachment 5

BP-S767.055 **CHANGE IN DRUG ABUSE STATUS** CDFRM
JAN 04
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| Date: 10-07-2004 |  |
|---|---|
| Memorandum To: | |
| Unit Manager: Clarence Morris | Unit: Birmingham Unit |
| ISM: Yvonne Brown | |
| From: David A. Thompson, Ph.D. | |

Inmate __Norelli, Anthony__, Register # __74895-004__
previously agreed to participate in:

___ Drug Abuse Education (See Comments)

_X_ Residential Drug Abuse Treatment (See Comments)

___ Follow-Up to Residential Drug Abuse Treatment

___ Other

There has been a change in the inmate's participation status. Please take the action required as a result of this change.

___ The inmate (___DECLINED ___WITHDREW ___WAS EXPELLED ___FAILED) the program indicated above His/Her participation in the program was voluntary.

___ The inmate (___DECLINED ___WITHDREW ___WAS EXPELLED ___FAILED) the program indicated above. The inmate was advised that any failure to fully complete this activity would result in specific sanctions as outlined on the Agreement to Participate in the Bureau of Prisons Drug Abuse Services and in policy. Please enforce the appropriate sanctions.

___ The inmate (___DECLINED ___WITHDREW ___WAS EXPELLED ___FAILED) the program indicated above. The inmate was provisionally found to be eligible for early release. However, based on his/her failure to complete the program, his/her 3621(e) status must be removed.

___ The inmate was found *ineligible* for 3621(e) release. Please remove his/her 3621(e) projected release date. (See comments for reason).

(This form may be replicated via WP)          (This form replaces BP-s767 dtd SEP 03)

I have discussed this issue with the inmate and I have made the appropriate SENTRY changes.

| |
|---|
| Comments: <br><br>Inmate began participation in the residential drug treatment program on January 20, 2004, while at FPC Eglin. He was evacuated from FPC Eglin on September 13, 2004, due to Hurricane Ivan. He was placed on DAP INCOMP on September 13, 2004, due to the evacuation. Inmate was subsequently transferred to FPC Montgomery and will be placed on DAP PART effective October 8, 2004. |

| Inmate Signature *[signature]* | Date 10/7/04 |
|---|---|

original: Unit Team (Section 4 of the inmate's central file)
copies:   Warden
          Drug Abuse Treatment Coordinator
          Inmate

** *When the inmate is participating in the unit-based component of the RDAP, it is the DAP Coordinator's responsibility to forward this form to the ISM, through the Unit Team. When an inmate completes the unit-based component of the RDAP, it is the Unit Manager's responsibility to forward this form to the ISM, with a copy to the Warden and the RDAP Coordinator.*

REQUEST FOR UNIT TEAM DETERMINATION (INSTANT OFFENSE)

JAN 04
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Date: | November 22, 2004 |
| Reply To: | Dr. David A. Thompson, RDAP Coordinator |
| To: | Clarence Morris, Unit Manager |
| Subject: | Norelli, Anthony |
| Reg. No.: | 74895-004 |

Section I - Instant Offense Determination (Mark an "X" in either response 1 or 2)

1. ✓  The inmate's instant offense is a crime that excludes him or her from early release under 18 U.S.C. § 3621 (e). (If response 1 requires an "X", then also place an "X" in either item A or B.)

   A. ✓  Crime of Violence as contained in the Categorization of Offenses Program Statement.

   B. ___  Crime listed under the Director's Discretion as contained in the Categorization of Offenses Program Statement.

2. ___  The inmate's instant offense is not a crime that excludes him or her from early release under 18 U.S. C. § 3621.

Section II - Provisional § 3621 (E) Eligibility - To be completed only if the inmate has completed or qualifies for the Residential Drug Abuse Treatment Program.

   ✓ Not an INS Detainee.

   ✓ Not a Pre-Trial Inmate.

   ✓ Not a Contractual Boarder.

   ✓ Not an "old Law" Inmate.

   ___ Not have a current crime that is an excluding offense in BOP Categorization of Offenses Policy.

   ✓ Inmate is acceptable for CCC placement.

3. List pending charges/detainers with explanations. _None_

4. Other pertinent information (e.g. inmate serving both new and old law sentences). _Per legal counsel, not eligible of 3621(e) release due to charge of attempting to destroy by fire or explosive material, which is considered a crime of violence._

Unit Manager (or designee) _[signature]_

Date of Review _11-22-04_

Original: Drug abuse treatment file; Copy: Unit Team (place in section 4 of inmate central file)