Anthony Norelli
74895-004
Federal Prison Camp
Maxwell Air Force Base
Mobile Unit C-Wing
Montgomery, Alabama 36112

January 20, 2006

Hon. Susan Russ Walker
United States Magistrate Judge
United States District Court
Middle District of Alabama
Northern Division
Frank M. Johnson, Jr. Federal Building and
     U.S. Courthouse
One Church Street
Post Office Box 180
Montgomery, Alabama 36101

**RECEIVED**

2006 JAN 30 P 12:58

DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Re:  Norelli v. Middlebrooks
     Case No. 2:05-CV-1109-F

Dear Judge Walker:

I received today a copy of your Order dated January 18, 2006, in the above-captioned case which allowed me until February 6, 2006, to file a response to the answer filed by the respondents.

With all due respect, I find your order curious to say the least, because, as of today, I have **not** received a copy of the respondent's response to my petition.

I would appreciate your clarifying this discrepancy at your earliest convenience.

Very truly yours,

Anthony Norelli

cc: Chief Judge Myron H. Thompson