IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY NORELLI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1109-F |
| ) | |
| SCOTT MIDDLEBROOKS, ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On January 30, 2006, the court received correspondence from the petitioner which indicated that he has not received a copy of respondent's response to the petition. The certificate of service on the response indicates that a copy was mailed by respondent to petitioner on January 17, 2006. However, in an abundance of caution, the court will direct that a second copy be mailed.

Accordingly, and for good cause, it is

ORDERED that the Clerk of the Court is DIRECTED to make petitioner's letter a part of the court file, and to mail a copy of respondent's response, along with a copy of this order, to the petitioner. It is further

ORDERED that petitioner' deadline is hereby extended, and he shall file his response on or before February 21, 2006.

DONE, this 30th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE