DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 MAR -1  P 2: 25

ANTHONY NORELLI, )
 )
Petitioner, )
 )
-versus- ) Civil Action No.:2:05-cv-1109-F
 )
SCOTT MIDDLEBROOKS, )
WARDEN, )
 )
 )
Respondent. )

## MOTION FOR EXTENSION OF TIME

COMES NOW the Petitioner, Anthony Norelli, and moves the Court for an extension of time within which to file a reply to the response of the Respondent in the above referenced-case. In support of this motion, petitioner shows unto the Court as follows:

Petitioner, an inmate at FPC Montgomery, received the Respondent's response to his petition on February 10, 2006, despite the fact that it is dated January 17, 2006. On February 17, 2006, Respondent received the order of this Court dated January 18, 2006, allowing Petitioner until February 6 to reply to respondent's response to his petition.

On February 20, 2006, Petitioner will be transferred from FPC Montgomery to a halfway house in West Palm Beach, Florida. Petitioner has already mailed his legal research in connection with his petition to West Palm Beach and asks that this Court allow him until April 1 to respond to Respondent's response. As the file in this case will indicates, these mail delays are not the first which have occurred in the within action.

Petitioner requests that this Court and the U.S. Attorney note his new address.

Respectfully submitted this 20th day of February, 2006.

*[signature]*
Anthony Norelli
1433 S.W. Greenspointe Way
Palm City, Florida 34990

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I served a copy of the within Reply upon Scott A. Middlebrooks by mailing a true copy of the same, first class postage prepaid, in the mailbox at FPC Montgomery, addressed to Leura Garrett Canary, U.S. Attorney, Middle District of Alabama, Post Office Box 197, Montgomery, Alabama 36101-0197.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Anthony Norelli