IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY NORELLI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-1109-F |
| | ) | |
| SCOTT MIDDLEBROOKS, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on March 1, 2006 (Court Doc. No. 13), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from February 21, 2006 to and including April 3, 2006 to file a response to the answer of the respondent.

DONE, this 2nd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE