IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY NORELLI, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:05-cv-1109-MEF |
| | ) |
| SCOTT A. MIDDLEBROOKS, | ) |
| | ) |
| Respondent. | ) |

## **O R D E R**

On March 30, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that the instant 28 U.S.C. § 2241 petition for habeas relief is DISMISSED as moot since a more favorable decision on the merits would not entitle the petitioner to any additional relief.

DONE this the 18th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE